**From:** Joe Johnson <jjohnson531@gmail.com>
**Sent:** Sunday, October 9, 2022 10:00 AM
**To:** PAED Documents
**Subject:** RE: Johnson v. Wright, et al., Case 2:22-cv-02905-JS

**CAUTION - EXTERNAL:**

Summons were requested in the above case and the USMS-285 forms submitted; however, it does not appear that summons was ever issued or service returned. Please advise of the status of this. Thank you!

**From:** PAED Documents <paed_documents@paed.uscourts.gov>
**Sent:** Wednesday, August 31, 2022 8:43 AM
**To:** jjohnson531@gmail.com
**Subject:** RE: Johnson v. Wright, et al., Case 2:22-cv-02905-JS

I'll forward to the U.S. Marshals.

**From:** jjohnson531@gmail.com <jjohnson531@gmail.com>
**Sent:** Tuesday, August 30, 2022 7:12 PM
**To:** PAED Documents <paed_documents@paed.uscourts.gov>
**Subject:** Johnson v. Wright, et al., Case 2:22-cv-02905-JS

**CAUTION - EXTERNAL:**


**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.