# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOE JOHNSON, | : |
| Plaintiff, | : |
| | : Civil Action No. 2:22-cv-2905 |
| v. | : |
| UNITED STATES OF AMERICA, | : |
| Defendant. | : |

## UNITED STATES OF AMERICA'S RESPONSE TO PLAINTIFF'S MOTION TO EXTEND TIME FOR SERVICE

Within the last few days, plaintiff Joe Johnson has (a) filed an amended complaint dropping individual defendants Wright and Kuechler from this action (ECF No. 16), (b) requested that the Clerk issue summonses (ECF No. 17), and (c) filed a motion seeking an extension of the time to serve the United States (ECF No. 19).

The United States responds to plaintiff's motion to extend time for service to clarify that the United States accepted service on behalf of the U.S. Attorney for the Eastern District of Pennsylvania through its August 15, 2022 motion to set its deadline to respond to plaintiff's original complaint. *See* Mem. of Law Supp. USA Mot. to Set Resp. Deadline, at 3 (ECF No. 10). Now that the sole defendant to this action is the United States, to complete service plaintiff need only serve the Attorney General's Office in Washington, D.C. via registered or certified mail. *See* Fed. R. Civ. P. 4(i)(1).

The United States anticipates filing its response to the amended complaint on or before October 24, 2022, in accordance with Federal Rule of Civil Procedure 15(a)(3).

                                      Respectfully submitted,

Dated: October 11, 2022             JACQUELINE C. ROMERO
                                      United States Attorney

                                      /s/ Susan R. Becker for
                                    GREGORY DAVID
                                    Assistant United States Attorney
                                    Chief, Civil Division

                                    /s/ Rebecca S. Melley
                                    REBECCA S. MELLEY
                                    Assistant United States Attorney
                                    615 Chestnut Street, Suite 1250
                                    Philadelphia, PA 19106
                                    Telephone: (215) 861-8328
                                    Email: Rebecca.Melley@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this date I caused a copy of the foregoing United States of America's Response to Plaintiff's Motion to Extend Time for Service and thereby served on *pro se* plaintiff Joe Johnson, who has been granted leave to use the Court's ECF system (ECF No. 15).

October 11, 2022                            /s/ Rebecca S. Melley
                                            REBECCA S. MELLEY
                                            Assistant United States Attorney