Civil Action No. 22-cv-2905

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>United States of America Serve: Attorney General of the United States</u> was received by me on *(date)* <u>Oct 17, 2022, 1:41 pm</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☒ Other: <u>The listed documents were mail to the recipient United States of America Attn: Attorney General of the United States 950 Pennsylvania Ave NW Washington, DC 20530 through the USPS 6841 Elm St McLean, VA 22101 by Certified Mail with return receipt requested.</u> ; or

My fees are $ <u>0.00</u> for travel and $ <u>50.00</u> for services, for a total of $ <u>$50.00</u>.

I declare under penalty of perjury that this information is true.

Date: 10/18/2022

*Server's signature*: Matthew M Drury

Matthew Drury   /   Process Server
*Printed name and title*

1340 Old Chain Bridge Rd Suite 205, McLean, VA 22101
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Oct 18, 2022, 10:39 am EDT
The listed documents were mail to the recipient United States of America Attn: Attorney General of the United States 950 Pennsylvania Ave NW Washington, DC 20530 through the USPS 6841 Elm St McLean, VA 22101 by Certified Mail with return receipt requested.